THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 James Oxendine, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
 James R. Barber, III, Circuit Court Judge
Memorandum Opinion No. 2009-MO-009
Submitted February 19, 2009  Filed
 February 23, 2009   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, South Carolina Commission on Indigent
 Defense, Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley E. Elliott, Assistant Attorney General Brian T.
 Petrano, of Columbia, for Respondent.
 
 
 

PER CURIAM:  After
 careful consideration of the Appendix and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.